IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 11-00163-01-CR-W-HFS |
| | ) | |
| ALFRED J. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on December 21, 2011. Defendant Walker appeared in person and with appointed counsel Ronna Holloman-Hughes. The United States of America appeared by Assistant United States Attorneys Sara Holzschuh and David Barnes.

## I.    BACKGROUND

On July 13, 2011, an indictment was returned charging Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

## II.    TRIAL COUNSEL

Ms. Holzschuh announced that she and Mr. Barnes will be the trial counsel for the government. The case agent to be seated at counsel table is ATF Task Force Officer Chris Gilio.

Ms. Holloman-Hughes announced that she will be the trial counsel for Defendant Walker.

### III. OUTSTANDING MOTIONS

There are no pending motions in this case.

### IV. TRIAL WITNESSES

Ms. Holzschuh announced that the government intends to call 6-7 witnesses without stipulations or 4-5 witnesses with stipulations during the trial.

Ms. Holloman-Hughes announced that Defendant Walker intends to call no witnesses during the trial. Defendant may testify.

### V. TRIAL EXHIBITS

Ms. Holzschuh announced that the government will offer approximately 25-35 exhibits in evidence during the trial.

Ms. Holloman-Hughes announced that Defendant Walker will not offer any exhibits in evidence during the trial.

### VI. DEFENSES

Ms. Holloman-Hughes announced that Defendant Walker will rely on the defense of general denial.

### VII. POSSIBLE DISPOSITION

Ms. Holloman-Hughes stated this case is definitely for trial.

### VIII. STIPULATIONS

Stipulations are likely as to chain of custody, Defendant's prior felony conviction and the interstate nexus of firearm.

### IX. TRIAL TIME

Counsel were in agreement that this case will take 1 day to try.

## X. *EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS*

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed August 5, 2011, counsel for each party file and serve a list of exhibits he/she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by December 21, 2011;

## XI. *UNUSUAL QUESTIONS OF LAW*

No motions in limine are anticipated. There are no unusual questions of law.

## XII. *TRIAL SETTING*

All counsel and Defendant were informed that this case will be listed for a bench trial to

commence on January 17, 2012.


　　　　　　　　　　　　　　　　　　　　 */s/ Robert E. Larsen*
　　　　　　　　　　　　　　　　　　　　ROBERT E. LARSEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


Kansas City, Missouri
December 21, 2011

cc:　　Mr. Kevin Lyon